ACCEPTED
04-15-00481-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
12/2/2015 12:03:22 PM
KEITH HOTTLE
CLERK

**No. 04-15-00481-CV**

IN THE
FOURTH COURT OF APPEALS
AT SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

12/2/2015 12:03:22 PM

KEITH E. HOTTLE
Clerk

JOERIS GENERAL CONTRACTORS, LTD.,
*Appellant,*

v.

ROLANDO CUMPIAN,
*Appellee.*

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

Lorien Whyte
State Bar No. 24042440
Pozza & Whyte, PLLC
lorienwhyte@pozzaandwhyte.com
239 E. Commerce St.
San Antonio, TX 78205
(210) 226.8888 Office
(210) 222.8477 Fax

David Gaultney
State Bar No. 07765300
davidgaultney@mehaffyweber.com
Elana Einhorn
State Bar No. 06502455
elanaeinhorn@mehaffyweber.com
MehaffyWeber, P.C.
823 Congress Avenue, Suite 200
Austin, Texas 78701
(512) 394-3840 Office
(512) 394-3860  Fax

ATTORNEYS FOR APPELLANT JOERIS
GENERAL CONTRACTORS, LTD.

To the Honorable Court of Appeals:

Appellant, Joeris General Contractors, Ltd., files this Unopposed Motion for Extension of Time to file Appellant's Brief and would respectfully show as follows:

## I.

### Time Requested for Extension

Appellant's Brief is currently due on Wednesday, December 23, 2015. Appellant requests an extension up to and including **Friday, January 22, 2016**, to file Appellant's Brief in this matter. Appellant requests an extension of thirty days. This is Appellant's first request for an extension.

## II.

### The Extension is Unopposed

Counsel for Appellee does not oppose the extension.

## III.

### Grounds for Extension

In addition to the brief in this case, Appellant's counsel is working on a brief on the merits in the Texas Supreme Court, an appellant's brief in the federal Fifth Circuit Court of Appeals, and an appellee's brief in the Thirteenth District Court of Appeals. The Thanksgiving holidays were part of the original time period for filing

the brief in this case and those cases, and the Christmas and New Year holidays will be part of any extension in this and those cases as well.

## IV.

### Authority to Grant Extension

The Court may grant an extension of time to file a brief under the authority of Texas Rule of Appellate Procedure 10.5(b). Because this is a motion to extend time to file a brief, this motion may be determined by the Court without waiting the 10-day submission delay.  See Tex. R. App. P. 10.3(a) (1).

## V.

This request will not unnecessarily delay disposition of this matter, but will allow Appellant adequate opportunity to prepare briefing that will be of maximum benefit to the Court.

## VI.

This motion is not brought for purposes of delay, but so that justice may be accomplished.

WHEREFORE, Appellant prays that this Court grant Appellant an extension up to and including Friday, January 22, 2016, to file Appellant's Brief herein, and for such other and further relief to which Appellant may be justly entitled.

Respectfully submitted,

MEHAFFYWEBER, P.C.

Respectfully submitted,

By */s/ David Gaultney*

<table>
<tr><td>Lorien Whyte</td><td>David Gaultney</td></tr>
<tr><td>State Bar No. 24042440</td><td>State Bar No. 07765300</td></tr>
<tr><td>Pozza & Whyte, PLLC</td><td>davidgaultney@mehaffyweber.com</td></tr>
<tr><td>lorienwhyte@pozzaandwhyte.com</td><td>Elana Einhorn</td></tr>
<tr><td>239 E. Commerce St.</td><td>State Bar No. 06502455</td></tr>
<tr><td>San Antonio, TX 78205</td><td>elanaeinhorn@mehaffyweber.com</td></tr>
<tr><td>(210) 226.8888 Office</td><td>MehaffyWeber, P.C.</td></tr>
<tr><td>(210) 222.8477 Fax</td><td>823 Congress Avenue, Suite 200</td></tr>
<tr><td></td><td>Austin, Texas 78701</td></tr>
<tr><td></td><td>(512) 394-3840 Office</td></tr>
<tr><td></td><td>(512) 394-3860 Fax</td></tr>
</table>

ATTORNEYS FOR APPELLANT

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with Appellee's counsel Thad Spalding by email, and Appellee is unopposed to this motion.

*/s/ David Gaultney*

4

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true copy of the Motion was served upon the following counsel of record for Appellee via electronic service on December 2, 2015:

R. Scott Westlund
State Bar No. 00791906
scott@krwlawyers.com
Brian C. Steward
State Bar No. 19201100
brian@krwlawyers.com
Jay Moore
State Bar No. 24041514
jay@krwlawyers.com
Ryan A. Todd
State Bar No. 24033393
ryan@krwlawyers.com
Ketterman Rowland &Westlund
16500 San Pedro, Suite 302
San Antonio, Texas 78232
Telephone: (210) 490-7402
Facsimile: (210) 490-8372

Thad D. Spalding
State Bar No. 00791708
tspalding@texasappeals.com
Kelly, Durham &Pittard, LLP
P.O. Box 224626
Dallas, Texas 75222
Telephone: (214) 946-8000
Facsimile: (214) 946-8433

*/s/ David Gaultney*
David Gaultney